(119 So. 917)

**Jesse C. EVERSON v. STATE. (6 Div. 261.)**

Supreme Court of Alabama. Jan. 24, 1929.

BROWN, J. The appellant was indicted, tried, and convicted of the crime of robbery, and sentenced to imprisonment for life as a

punishment for the offense. The appeal is here on the record, without a bill of exceptions. The proceedings of the trial court appear to be in all things regular, and the judgment of conviction will be affirmed.

Affirmed.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.